No. 47631.—Protest 53420–K of Carlbom Harness Store (Minneapolis).

Opinion by Walker, J.   When the case was called for trial counsel for the Government moved that the protest be dismissed for insufficiency and failure of

compliance with section 514, Tariff Act of 1930. The court found that the protest does not "distinctly and specifically" set forth the reasons for the objection to the decision of the collector, nor was any of the necessary information given. As the protest does not comply with the requirements of section 514, the motion to dismiss was granted.